UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

                Plaintiff,

      -v-

SUZANNA BOWLING, an individual doing business as Times Square Chronicles,

                Defendant.

17-CV-3954 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Suzanna Bowling's oral request for the Court to request *pro bono* counsel is GRANTED. Based on Defendant's representations to the Court, it appears that she is unable to afford retained counsel. The Office of Pro Se Litigation is requested to seek *pro bono* counsel.

    SO ORDERED.

Dated: October 5, 2017
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*